**Tim A. Pori (SBN 189270)**
**John F. Baumgardner (SBN 275674)**
LAW OFFICES OF TIM A. PORI
521 Georgia Street
Vallejo, CA 94590
Telephone: (707) 644-4004
Facsimile:   (707) 644-7528

Attorney for Defendant RICKY L. FLEMINGS

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RICKY L. FLEMINGS<br><br>　　　　Defendant. | No. 2: 10-CR-0098-WBS<br><br>**STIPULATION AND [PROPOSED]<br>ORDER CONTINUING SENTENCING<br>FROM DECEMBER 21, 2012, TO<br>FEBRUARY 19, 2013** |

　　　The parties request that the Presentence Report Disclosure schedule currently set be continued to the dates below due to the continuance of the Judgement and Sentencing from December 21, 2012, at 9:30 a.m. to February 19, 2013, at 9:30 a.m. and due to defense counsel being in a homicide jury trial.

//
//
//
//
//
//

1

The following Presentence Report disclosure schedule will apply:

|  | **Old Date** | **New Date** |
|---|---|---|
| Formal Objections/ Motion for Correction of PSR | December 7, 2012 | February 5, 2013 |
| Reply or Statement of Non-Opposition | December 14, 2012 | February 12, 2013 |

Respectfully submitted

Date: December 7, 2012

/s/ Tim A. Pori
TIM A. PORI
Attorney for Defendant Ricky L. Flemings

Date: December 7, 2012

/s/ Kyle Reardon (Authorized 12/7/12)
KYLE REARDON
Assistant U.S. Attorney

**ORDER**

IT IS HEREBY ORDERED that the parties' stipulation and proposed Presentence Report disclosure schedule is approved. The deadline for Formal Objections/Motion for Correction of PSR set for December 7, 2012, is continued to February 5, 2013. The Deadline for Reply or Statement of Non-Opposition set for December 14, 2012, is continued to February 12, 2013.

Dated: December 17, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE